# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KEVIN SANFORD, individually and
on behalf of all others similarly situated**                              **PLAINTIFF**

**v.**                      **Case No. 3:18-cv-00158-KGB**

**NUCOR-YAMATO STEEL COMPANY
and NUCOR CORPORATION**                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' second agreed motion to extend the answer date (Dkt. No. 6). The parties request an extension of time up to and including October 12, 2018, for defendants Nucor-Yamato Steel Company and Nucor Corporation to answer or otherwise respond to plaintiff Kevin Sanford's complaint (*Id.*, at 1). The parties represent that they have agreed to the requested extension of time (*Id.*). For good cause shown, the Court grants the parties' motion. Nucor-Yamato Steel Company and Nucor Corporation shall have up to and including October 12, 2018, to answer or otherwise respond to Mr. Sanford's complaint.

So ordered this 9th day of October, 2018.

                                                          Kristine G. Baker
                                                          United States District Judge