IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN SANFORD, individually and
on behalf of all others similarly situated                                    PLAINTIFF

v.                          Case No. 3:18-cv-00158-KGB

NUCOR-YAMATO STEEL COMPANY
and NUCOR CORPORATION                                                    DEFENDANTS

## ORDER

Before the Court is the parties' second joint motion for extension of time to file settlement documents (Dkt. No. 18). The parties request an extension of time up to and including April 11, 2019, for the parties to file settlement documents (*Id.*, ¶ 4). The parties represent that they have agreed to the requested extension of time (*Id.*). For good cause shown, the Court grants the parties' motion. The parties shall have up to and including April 11, 2019, to file settlement documents.

So ordered this 9th day of April, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge