IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN SANFORD, individually and
on behalf of all others similarly situated**                          **PLAINTIFF**

v.                  Case No. 3:18-cv-00158-KGB

**NUCOR-YAMATO STEEL COMPANY
and NUCOR CORPORATION**                                              **DEFENDANTS**

## ORDER

Before the Court is plaintiff Kevin Sanford's unopposed motion to file settlement approval documents under seal (Dkt. No. 20). Mr. Sanford requests that this Court permit the parties to file settlement approval documents under seal (*Id.*, ¶ 3). Mr. Sanford represents that defendants Nucor-Yamato Steel Company and Nucor Corporation do not oppose the motion (*Id.*, ¶ 4). For good cause shown, the Court grants Mr. Sanford's motion (Dkt. No. 20). The parties may file settlement approval documents under seal.

So ordered this the 11th day of April, 2019.

_____
Kristine G. Baker
United States District Judge