IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN SANFORD, individually and
on behalf of all others similarly situated                                    PLAINTIFF

v.                                  Case No. 3:18-cv-00158-KGB

NUCOR-YAMATO STEEL COMPANY
and NUCOR CORPORATION                                                DEFENDANTS

## ORDER

This matter is currently set for trial the week of October 7, 2019. Because the parties have filed under seal a joint motion for approval of stipulated collective action settlement and dismissal of case with prejudice, the Court removes this case from the trial calendar. Pending before the Court is the parties' under seal motion (Dkt. No. 22). This pending motion remains under advisement.

So ordered this 13th day of September, 2019.

_____
Kristine G. Baker
United States District Judge