**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KEVIN SANFORD, individually and on behalf of all others similarly situated** | | **PLAINTIFF** |
| v. | Case No. 3:18-cv-00158-KGB | |
| **NUCOR-YAMATO STEEL COMPANY and NUCOR CORPORATION** | | **DEFENDANTS** |

## ORDER

Plaintiff Kevin Sanford, individually and on behalf of all others similarly situated, filed this action against defendants Nucor-Yamato Steel Company and Nucor Corporation (collectively, "defendants"), alleging violations of the overtime requirements of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 201–219, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. §§ 11-4-201 to 11-4-222 (Dkt. No. 1). The parties filed a stipulation of dismissal requesting that the Court dismiss Mr. Sanford's claims against separate defendant Nucor Corporation without prejudice (Dkt. No. 13). The parties represent that the stipulation of dismissal is not a dismissal of the case (*Id.*). The stipulation of dismissal accords with the terms of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses without prejudice Mr. Sanford's claims against separate defendant Nucor Corporation, recognizing that dismissal without prejudice of the claims against this one defendant does not equate to dismissal of the case as the claims against separate defendant Nucor-Yamato Steel Company remain pending.

It is so ordered this 29th day of May, 2020.

_____
Kristine G. Baker
United States District Judge