IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN SANFORD, individually and on behalf of all others similarly situated**                                                **PLAINTIFF**

v.                                       Case No. **3:18-cv-00158 KGB**

**NUCOR-YAMATO STEEL COMPANY**                                                **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to stay all pretrial deadlines (Dkt. No. 35). The parties jointly move for an order staying all pretrial deadlines pending this Court's ruling on the parties' Joint Motion to Dismiss and for Approval of Settlement Agreement (Dkt. No. 34). For good cause shown, the Court grants the parties' motion (Dkt. No. 35). The Court stays all pretrial deadlines in this matter, pending the outcome of the parties' Joint Motion to Dismiss and for Approval of Settlement Agreement (Dkt. No. 34).

So ordered this the 18th day of September, 2020.

_____
Kristine G. Baker
United States District Judge