# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEVIN SANFORD, individually and**
**on behalf of all others similarly situated**                                    **PLAINTIFF**

**v.**                   **Case No. 3:18-cv-00158-KGB**

**NUCOR-YAMATO STEEL COMPANY**
**and NUCOR CORPORATION**                                                          **DEFENDANTS**

## ORDER

      Before the Court is the status of this case. On March 11, 2021, the Court entered an Order granting in part and denying in part the parties' request that the Court dismiss this action and approve a settlement agreement (Dkt. No. 37). Per the Court's March 11, 2021, Order, this case is still pending (*Id.*, at 11-12). For this reason, the Court directs the parties to file a joint status report by March 21, 2022. If the parties are unable to come to an agreement regarding the status of this case, the parties may file separate status reports by the March 21, 2022, deadline.

      So ordered this 7th day of March, 2022.

*[signature]*
_____
Kristine G. Baker
United States District Judge