IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN SANFORD, individually and
on behalf of all others similarly situated                                            PLAINTIFF

v.                             Case No. 3:18-cv-00158-KGB

NUCOR-YAMATO STEEL COMPANY                                                DEFENDANT

## ORDER

Before the Court is a joint status report and stipulation of dismissal (Dkt. No. 48). According to the status report and stipulation of dismissal, the parties have reached a settlement (*Id.*, ¶ 1). The parties request that the case be dismissed with prejudice, with both parties to bear their own costs and attorneys' fees. (*Id.*, ¶ 4). The Court grants the motion and dismisses with prejudice this case.

It is so ordered this 31st day of March, 2022.

_____
Kristine G. Baker
United States District Judge